CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

AUG 2 0 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JAMES MADISON FRANKLIN HUGHES,
    Petitioner,                                    Civil Action No. 7:08-cv-00472

v.                                                  **FINAL ORDER**

B. WATSON, WARDEN,                  By:    Hon. Glen E. Conrad
    Respondent.                                     United States District Judge

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that the petition for writ of habeas corpus filed by the petitioner, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice as successive; his motion for forensic analyzation and comparison of evidence (Dkt. No. 2) is **DENIED** without prejudice; and the action is stricken from the active docket of the court.

    The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the petitioner.

    ENTER: This 20th day of August, 2008.

                                                         /s/ Glen Conrad
                                                         United States District Judge